**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT M. FRANCO, JR., | Case No. CV 15-0601-JFW (JPR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 16, 2015

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE